**Bernard Gregory LAMP, Plaintiff–Appellant,**

v.

**Carole WALLACE, Warden, Defendant–Appellee.**

No. 05–6675.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 22, 2006.

Decided: Oct. 12, 2006.

Bernard Gregory Lamp, Appellant Pro Se. William W. Muse, Assistant Attorney General, Richmond, Virginia, for Appellee.

Before WILLIAMS, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

152

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Bernard Gregory Lamp appeals the magistrate judge's orders denying relief on his 42 U.S.C. § 1983 (2000) complaint.* We have reviewed the record and find no reversible error. Accordingly, we deny Lamp's motion for appointment of counsel and affirm for the reasons stated by the magistrate judge. *Lamp v. Wallace*, No. CA-04-317-3 (E.D. Va. Mar. 23 and Apr. 26, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Emory Johnson, Jr., appeals the district court's order granting the Defendant's Fed.R.Civ.P. 56 motion for summary judgment in this employment discrimination and retaliation action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Johnson v. Aluminum Co. of America,* 397 F.Supp.2d 688 (M.D.N.C.2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

* The parties consented to the jurisdiction of the magistrate judge under 28 U.S.C. § 636(c) (2000) and Fed.R.Civ.P. 73.